**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01464-CV

**SHERI DURHAM, ET AL., Appellants**

**V.**

**CHILDREN'S MEDICAL CENTER OF DALLAS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01231-D**

## ORDER

Appellants requested preparation of the reporter's record from the proceedings conducted on August 18, 2014. The Court correspondence from Coral Hough, Official Court Reporter for County Court at Law No. 4, that no record was made in this case on that date. In a letter dated January 6, 2015, the Court instructed appellants to revise any request for the reporter's record and cautioned them that if the Court did not receive a copy of any revised request by January 16, 2015, we would order the appeal submitted without the reporter's record. As of today's date, the Court has not received a copy of any revised request for the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

Appellants' brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE